UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT C. MARSHALL,<br><br>    Petitioner,<br><br>v.<br><br>FCI LOMPOC, II, WARDEN,<br><br>    Respondent. | Case No. 2:25-cv-07682-SPG (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

On August 7, 2025, petitioner Robert C. Marshall ("Petitioner") filed a Petition for Writ of Habeas Corpus herein. (Docket No. 1.) On August 29, 2025, the Court issued an Order Requiring Response to Petition ("Order"). (Docket No. 3). On September 15, 2025, the Court received its Order (pages 1-29) returned from the institution marked as "Return to Sender Not Deliverable as Addressed Unable to Forward." (Docket No. 5). On September 17, 2025, the Court received its Order (pages 30-87) returned from the institution marked as "Return to Sender Unable to Forward." (Docket No. 7).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore,

1

petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Petitioner's response is due no later than **October 31, 2025.**

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: October 1, 2025

DAVID T. BRISTOW
United States Magistrate Judge